Siraj SHEIKH, Plaintiff–Appellee,

v.

James A. GEISLER, Defendant–Appellant,

and

James F. O'Connor; Invest in America, L.P.; Interbank Corporate Services, Incorporated; Dominion Industries, L.L.C.; Market Makers, L.L.C.; Ilene Marie Harrison; John L. Criner, II; Steven R. Maimon; Interbank Immigration Services, Incorporated; Atlantic Forex, Limited; Intellinet Corporate Services, Incorporated, Defendants.

No. 00–2498.

United States Court of Appeals, Fourth Circuit.

Submitted May 24, 2001.

Decided June 1, 2001.

James A. Geisler, pro se. David Alan Hirsch, Van Gils & Hirsch, P.C., Fairfax, VA, for appellee.

Before WIDENER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

James A. Geisler appeals the district court's orders denying his motion under Fed.R.Civ.P. 59 and entering judgment for the Plaintiff following a jury trial in this civil action. We have reviewed the record and the district court's opinion and find that the district court did not abuse its discretion in declining to grant Geisler's motion for a new trial. *Chesapeake Paper Products Co. v. Stone & Webster Engineering Corp.*, 51 F.3d 1229, 1237. We decline to review Geisler's claims challenging the district court's denial of his pretrial motion to dismiss. *Id.* at 1234–37. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*